**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6804

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ROBERT PETER RUSSELL,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:91-cr-00056-LMB-1)

Submitted:  November 22, 2022                    Decided:  November 29, 2022

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert Peter Russell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Peter Russell appeals the district court's order construing his letter as a renewed motion for compassionate release, 18 U.S.C. § 3582(c)(1)(A)(i), and denying relief. We discern no abuse of discretion in the district court's decision, *see United States v. Kibble*, 992 F.3d 326, 329-31 (4th Cir.) (providing standard of review), *cert. denied*, 142 S. Ct. 383 (2021), and we therefore affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
